# EXHIBIT 3

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 803876775 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 30, 2020 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32077156233 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | mCom IP, LLC | | |
| **Address:** | 5900 BALCONES DR STE 100 AUSTIN, TX 78731-4298 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | | **Address** | | | **Inactive Date** |
| TEXAN REGISTERED AGENT LLC | | | 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TX 78731 USA | | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.