# EXHIBIT 4

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4093015

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |
| SEQUENCE: | 1 |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MCOM LLC | 11/11/2005 |

### RECEIVING PARTY DATA

| Name: | MCOM FINANCIAL SOLUTIONS, INC |
|---|---|
| Street Address: | 209 WEST CHESTNUT HILL AVENUE |
| City: | PHILADELPHIA |
| State/Country: | PENNSYLVANIA |
| Postal Code: | 19118 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 11559894 |

### CORRESPONDENCE DATA

Fax Number: (267)750-7360

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 8566080966  
Email: tmaiorinolaw@comcast.net  
Correspondent Name: THOMAS MAIORINO  
Address Line 1: 224 AMBERFIELD DR  
Address Line 4: MOUNT LAUREL, NEW JERSEY 08054

| NAME OF SUBMITTER: | THOMAS MAIORINO |
|---|---|
| SIGNATURE: | /mcom llc/ |
| DATE SIGNED: | 10/12/2016 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

Total Attachments: 1  
source=mcom_assignment1_112005_scan#page1.tif

## ASSIGNMENT of PATENT

Whereas, Thomas Maiorino and Daniel Taylor, by and through mCom LLC ("Assignor"), pursuant to invention assignments by Thomas Maiorino and Daniel Taylor to mCom LLC, owns all rights, title, and interests in and to the following United States patent application:

U.S. Patent Application Pending: 11/559,894 (the "Patent");

WHEREAS, Assignor desires to convey an assignment of all rights to the Patent to mCom Financial Solutions, Inc., it's successor in interest (the "Assignee");

NOW, THEREFORE, in consideration of the premises contained in the Agreements and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor and Assignee agree as follows:

The Assignor, by these presents does hereby sell, assign and transfer unto said Assignee the full and exclusive rights to the Patent in the United States including, but not limited to, any and all applications for patent and patents, including all divisions, continuations, reissues and extensions thereof, and all rights of priority resulting from the filing of said U.S. application; all rights to prosecution of the patent and the rights to file suit and recover damages for past, present and future infringement of the Patents.

ASSIGNOR:

_____
mCom LLC
By: Thomas Maiorino, Managing Member


ASSIGNEE:
mCom Financial Solutions Inc

By: _____
Name: Thomas Maiorino
Title:   CEO

Dated: November 11, 2005