# EXHIBIT 5

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6554881

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| MCOM FINANCIAL SOLUTIONS, INC | 08/03/2016 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | MCOM IP HOLDINGS, LLC |
| **Street Address:** | 224 AMBERFIELD DR |
| **City:** | MOUNT LAUREL |
| **State/Country:** | NEW JERSEY |
| **Postal Code:** | 08054 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 8862508 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 6097607360 |
| **Email:** | tvrpartners@comcast.net |
| **Correspondent Name:** | TVR PARTNERS LLC |
| **Address Line 1:** | 224 AMBERFIELD DR |
| **Address Line 4:** | MOUNT LAUREL, NEW JERSEY 08054 |

| | |
|---|---|
| **NAME OF SUBMITTER:** | MCOM FINANCIAL SOLUTIONS INC |
| **SIGNATURE:** | Thomas Maiorino /s/ |
| **DATE SIGNED:** | 02/17/2021 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 1**  
source=mcom_assignment2_August2016#page1.tif

## ASSIGNMENT of PATENT

Whereas, mCom Financial Solutions, Inc ("Assignor") owns all rights, title, and interests in and to the following United States patent application:

U.S. Patent: (the "Patent");   8,862,508

WHEREAS, Assignor desires to convey an assignment of all rights to the Patent to mCom IP Holdings, LLC (the "Assignee");

NOW, THEREFORE, in consideration of the premises contained in the Agreements and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor and Assignee agree as follows:

The Assignor, by these presents does hereby sell, assign and transfer unto said Assignee the full and exclusive rights to the Patent in the United States including, but not limited to, any and all applications for patent and patents, including all divisions, continuations, reissues and extensions thereof, and all rights of priority resulting from the filing of said U.S. application; all rights to prosecution of the patent and the rights to file suit and recover damages for past, present and future infringement of the Patents.

ASSIGNOR:

_/s/ Thomas Maiorino_

mCom Financial Solutions, Inc
By: Thomas Maiorino, President


ASSIGNEE:
mCom IP Holdings LLC

By: _/s/ Thomas Maiorino_
  Name: Thomas Maiorino, Managing Member


Dated: August 3, 2016