# EXHIBIT 6

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6537890

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| MCOM IP HOLDINGS LLC | 01/29/2021 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | MCOM IP, LLC |
| Street Address: | 5900 BALCONES DRIVE, SUITE 100 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78731 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 8862508 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | carlos@dynaipdeals.com |
| Correspondent Name: | CARLOS GORRICHATEGUI |
| Address Line 1: | 5900 BALCONES DRIVE, SUITE 100 |
| Address Line 4: | AUSTIN, TEXAS 78731 |

| ATTORNEY DOCKET NUMBER: | 306.187163 |
|---|---|
| NAME OF SUBMITTER: | CARLOS GORRICHATEGUI |
| SIGNATURE: | /COG/ |
| DATE SIGNED: | 02/05/2021 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 5**

source=Assignment - mCom Holding_Seller - mCom IP _Buyer#page1.tif
source=Assignment - mCom Holding_Seller - mCom IP _Buyer#page2.tif
source=Assignment - mCom Holding_Seller - mCom IP _Buyer#page3.tif
source=Assignment - mCom Holding_Seller - mCom IP _Buyer#page4.tif
source=Assignment - mCom Holding_Seller - mCom IP _Buyer#page5.tif

EXHIBIT A
The Patents

| Family | Pat./Pub. No. | App No. | Country | Title | Status | File Date/ Priority date | Issue /Pub Date |
|---|---|---|---|---|---|---|---|
| 1 | US8862508 | US11/559,894 | US | System and method for unifying e-banking touch points and providing personalized financial services | Active | 2006-11-14/2005-11-14 | 2014-10-14 |



14

**PATENT**
**REEL: 055169 FRAME: 0236**

3
### EXHIBIT B -- ASSIGNMENT OF PATENT RIGHTS

This Assignment Agreement (the "Agreement") is made and entered into this 29th day of January, 2021 (the "Effective Date"), by mCom IP Holdings LLC, a Delaware LLC, having an address at 224 Amberfield Dr, Mount Laurel, NJ 08054 ("Assignor") and mCom IP LLC, a Texas LLC having and address at 5218 Chandler Street, Houston, TX, 77007 ("Assignee").

### RECITALS

A. Assignor is the owner of:
- the United States Patents set forth on Exhibit A hereto (the "US Patents");
- the non-United States patents set forth on Exhibit B.1 hereto (the "Foreign Patents");
- the United States patent applications set forth on Exhibit B.2 hereto (the "US Patent Applications");
- the United States provisional patent applications set forth on Exhibit B.3 hereto (the "US Provisional Patent Applications"); and/or
- the foreign patent applications set forth on Exhibit B.4 hereto (the "Foreign Patent Applications");

which collectively shall be referred to herein as the "Patents".

B. Assignor and Assignee have agreed by way of a purchase agreement (the "Purchase Agreement") dated December 24th, 2020 «EFFECTIVE_DATE», by and between Assignor and Assignee, that Assignor shall sell, transfer, and assign and set over unto Assignee and Assignee shall accept, all rights, title and interest in and to the Patents.

### AGREEMENT

NOW, THEREFORE, in consideration of the foregoing premises, and the covenants and agreements in this Assignment, Assignor and Assignee agree as follows:

1. Assignor does hereby sell, transfer, convey, assign and deliver to Assignee all of Assignor's right, privilege, title and interest in, to and under the Patents and in the case of patent applications in and to any patents that may issue therefrom, including, in all instances, any counterparts of any of the foregoing in any jurisdiction throughout the world, and any and all divisions, continuations, reissues or reexaminations of any of the foregoing, and, further, all applications for industrial property protection, including without limitation, all applications for patents, utility models, copyright, and designs which may hereafter be filed for any inventions described in said Patents in any country or countries, together

15

**PATENT**
**REEL: 055169 FRAME: 0237**

with the right to file such applications and the right to claim for the same the priority rights derived from the inventions and the Patents under the laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable, in each instance the same to be held by Assignee for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns and other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment and sale had not been made; together with all claims for damages, royalties, income or other remuneration (hereinafter "Damages") by reason of past, present and future infringements of the Patents or other rights being assigned hereunder, along with the right to sue for and collect such Damages for the use and benefit of Assignee and its successors, assigns and other legal representatives. Assignor agrees that this Assignment includes all right, title and interest in the Patents and (a) all causes of action (whether currently pending, filed, or otherwise) and other enforcement rights under the Patents including, without limitation, all rights to sue, to countersue and to pursue damages, injunctive relief, and any other remedies of any kind for past, current and future infringement; and (b) all rights to recover and collect settlement arrangements, license payments (including lump sum payments), royalties and other payments due now or hereafter due or payable with respect thereto, under or on account of any of the Patents or any of the foregoing; and (c) to the extent allowed under relevant law, any and all privileges of Assignor, including the benefit of all attorney-client privilege and attorney work product privilege.

2. Insofar as this assignment concerns foreign patents and patent applications, Assignor does hereby declare that it is the owner of said Patents and that Assignor has assigned same, along with all rights and duties appurtenant thereto, to Assignee and agrees that the assignment will be recorded by Assignee at Assignee's expense, in the register of the foreign Patent Office; and Assignee hereby declares that Assignee has agreed to the assignment of the aforementioned Patents to it and that Assignee will simultaneously apply, at Assignee's expense, for recording of the assignment in the register of the foreign Patent Office.

3. Assignor hereby authorizes and requests the Commissioner for Patents of the United States, and any officer of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of intellectual property protection or applications as aforesaid, to issue the same to Assignee and its successors, assigns and other legal representatives in accordance with the terms of this instrument.

**PATENT**
**REEL: 055169 FRAME: 0238**

4. Assignor agrees that, whenever reasonably requested by Assignee, Assignor will execute all papers, take all rightful oaths, and do all acts which may be reasonably necessary for securing and maintaining the Patents in any country and for vesting title thereto in Assignee, its successors, assigns and legal representatives or nominees.

5. Assignor authorizes and empowers Assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for the inventions, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable, and to invoke and claim such right of priority without further written or oral authorization from Assignor.

6. Assignor hereby acknowledges and agrees that all of the rights, title and interest in and to the Patents sold, transferred, assigned and set over to Assignee hereunder include all income, royalties, damages and payments now or hereafter due or payable with respect thereto, and all causes of action (whether in law or equity) and the right to sue, counterclaim, and recover for the past, present and future infringement of the rights assigned or to be assigned hereunder.

7. Assignor hereby consents that a copy of this Agreement shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document that may be required in any country for any purpose and more particularly in proof of the right of Assignee or nominee to claim the aforesaid benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

IN WITNESS WHEREOF, the Parties have executed this Assignment on the Effective Date-written at Venue.

17

**PATENT**
**REEL: 055169 FRAME: 0239**

By: _____

Assignor
TVR Partners LLC
Managing Member of Seller
Thomas Maiorino, Manager
Dated: 2-5-2021

On this 5 day of February, 2021 before me, Barbara Hallion, the undersigned Notary Public, personally appeared Thomas Maiorino ASSIGNOR, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same. WITNESS my hand and official seal in New Jersey County of Burlington on the date set forth in this certificate.

_____
Notary Public

By: _____

Assignee
Manager
mCom IP LLC
Carlos O. Gorrichategui III, PhD
Dated: 1/29/2021

BARBARA A HALLION
Notary Public - State of New Jersey
My Commission Expires Mar 7, 2021

18