# EXHIBIT 9

F I L E D
In the Office of the
Secretary of State of Texas

SEP 2 7 2013

Corporations Section

# CERTIFICATE OF FORMATION OF
# DYNAMIC IP DEALS, LLC
# A LIMITED LIABILITY COMPANY

This certificate of formation is submitted for filing pursuant to the applicable provisions of the Texas Business Organizations Code

## ARTICLE I - ENTITY NAME AND TYPE

The name and type of filing entity being formed are Dynamic IP Deals, LLC, a Texas limited liability company (hereinafter "Company")

## ARTICLE II - PURPOSE

The purpose for which the Company is organized is Technology and Intellectual Property (IP) Monetization including but not limited to investment, acquisition, sale, licensing, litigation, enforcement, brokerage and/or any form of IP and/or technology transfer and any and all other business activities that may be lawfully undertaken by the company in accordance with the applicable provisions of the Texas Business Organizations Code

## ARTICLE III - REGISTERED OFFICE AND REGISTERED AGENT

The initial registered agent is an individual resident of the state whose name is Johnny J Williams  The business address of the initial registered agent and the initial registered office is 13831 Northwest Freeway, Suite 155 Houston, Texas 77040

## ARTICLE IV - PRINCIPAL OFFICE

The address of the Company's principal office in this state is 5201 Memorial Drive, Suite 531, Houston, Texas 77002

## ARTICLE V - ORGANIZER

The name and address of the organizer is

| **Name** | **Address** |
|---|---|
| Johnny J Williams | 13831 Northwest Freeway, Suite 155 Houston, Texas 77040 |

## ARTICLE VI - GOVERNING AUTHORITY

The company shall be managed by its Managers  The name and address of the person who is to serve as a Manager until the first annual meeting of the company's Member or until successors are elected and qualified is

1

| **Name** | **Address** |
|---|---|
| Carlos O Gorrichategui III | 5201 Memorial Drive, Suite 531<br>Houston, Texas 77002 |

## ARTICLE VII - EFFECTIVE DATE OF FILING

This certificate of formation becomes effective when the document is filed by the secretary of state

## ARTICLE VIII - EXECUTION

The undersigned affirms that the person designated as registered agent has consented to the appointment  The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument

Date   September 27, 2013

_____
Johnny J Williams

2