# EXHIBIT 10

    

Home   My Network   Jobs



### Dr. Carlos Gorrichategui · 2nd
IP Monetization

- Dynamic IP Deals LLC
-  University of Houston

Houston, Texas, United States · Contact info

500+ connections

 **13 mutual connections:** Shawn Ambwani, Ryan Moran, and 11 others

Connect   Message   More

---

### Activity
2,812 followers

＋ Follow

**Dr. Carlos hasn't posted lately**
Dr. Carlos' recent posts and comments will be displayed here.

Show all activity →

---

### Experience

**President**
Dynamic IP Deals LLC
2013 - Present · 9 yrs 4 mos

                                                            Home      My Network      Jobs

monetization including acquisition, sale, transfer, licensing, other… see more

**Co-founder and COO**
NextTechs Technologies LLC
Jun 2004 - Present · 17 yrs 11 mos

NextTechs Technologies LLC is a technology investment bank engaged in the global intermediation of IP offers and needs.

## Education

 **University of Houston**
PhD, Physics
1998 - 2003

## Skills

**Patents** · 79

**Licensing** · 63

 Endorsed by Kermit Lopez and 9 others who are highly skilled at this

**Intellectual Property** · 46

Endorsed by Dean Becker and 9 others who are highly skilled at this

**Show all 50 skills →**

## Recommendations

**Received**        Given

**Nothing to see for now**
Recommendations that Dr. Carlos receives will appear here.

## Interests

**Companies**        Groups        Schools

    Home   My Network   Jobs

5,112,004 followers

**Concert Technology, Inc**
39 followers

Show all 47 companies →

Ad   ···

Krishnan, restart your Premium free trial today!

See who's viewed your profile in the last 90 days

Restart Trial

## People also viewed

 **Mirko Prezioso** • 3rd
CEO at Mentium Technologies Inc.

Message

 **Carlos A. Greaves**
• 2nd
Chief Engineering Advisor Intellectual Property (IP SBU) at UnitedLex

Connect

 **Johan Veerman**
• 3rd
Oil & Gas Projects

Message

**Jennifer Nelub**
• 2nd
Executive Administrative Assistant - Office of the General Counsel at HPE

Connect



                                                               Home      My Network     Jobs   Messaging

Sourcing, Real Estate & Monetization

Show more ⌄

## People you may know

  **Erica Smilevski**
Antitrust Knowledge & Practice Support Attorney at Winston & Strawn LLP

Connect

  **Mary Lenahan**
Associate General Counsel at Navy Federal Credit Union

Connect

  **Roman Ibragimov**
Associate Attorney at Simpson Thacher & Bartlett LLP

Connect

**Corinne Kyritsopoulos**
Senior Litigation Paralegal at Winston & Strawn LLP

Connect

  **Kevin C. Smith**
Partner at Winston & Strawn LLP

Connect

Show more ⌄

 

Home    My Network    Jobs