# EXHIBIT 11

# Padmanabhan, Krishnan

| | |
|---|---|
| **From:** | Padmanabhan, Krishnan |
| **Sent:** | Thursday, April 14, 2022 11:55 PM |
| **To:** | Kyril Talanov; William Ramey; LitigationParalegals |
| **Cc:** | Enzminger, David; Shelton, Barry K. |
| **Subject:** | mCom IP LLC v. Cisco Systems, Inc., No. 22-cv-00261-ADA (W.D. Tex.) |

**F3028475-0D5E-4433-966E-F5A6EC9932B5:**
511c631f-5f72-4728-820c-da83ded78868

Kyril,

Cisco intends to move to stay the *mCom v. Cisco* matter, pending a final written decision in the Unified Patents IPR (IPR2022-00055). Despite the fact that Cisco is not a real party in interest to the Unified Patents IPR, Cisco can agree to be bound by the PTAB's decision with respect to the prior art combinations on which the PTAB has instituted review, if mCom agrees to stay the case, or if the Court enters a stay.

Please let us know mCom's position by 3 pm CST tomorrow. We are available to discuss tomorrow at your convenience. To the extent that mCom opposes, we intend to file at the close of business tomorrow.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564
F: +1 212-294-4700

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York*

*Pronouns: He, Him, His*

