IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| mCom IP, LLC,<br><br>            Plaintiff,<br>    v.<br><br>Cisco Systems, Inc.,<br><br>            Defendant. | Case No. 6:22-cv-00261-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before this Court is Defendant Cisco Systems, Inc's Opposed Motion to Stay Pending Resolution of *Inter Partes* Review Proceedings. After considering Defendant Cisco's Motion, the request is **GRANTED**.

IT IS HERBY ORDERED that the case is **STAYED** pending the resolution of the *inter partes* review proceedings. Upon final resolution of the *inter partes* review proceedings, the parties are to inform the Court of the outcome so that further case management by be addressed at that time.

ALAN D. ALBRIGHT