# Exhibit 2

# Cisco Omnichannel Banking

Today's banking customers want to access expertise and support on their terms - in a branch, online, at a kiosk, on a mobile phone, or through a call to the contact center. To remain competitive, banks must provide this type of omnichannel experience. Omnichannel banking strategies and business practices allow customers to have a seamless, consistent, and real-time relationship with financial institutions.

These strategies can work best when they are supported by a secure foundational architecture and an integrated sales-enablement platform like the Cisco Omnichannel Banking for the digital bank.

## Today's Consumers Live in an Anytime, Anywhere World

With the growth of online, mobile, and social media channels and the continued use of branches, ATMs, video teller machines (VTMs), contact centers, and kiosks, banks must:

- Provide a simple, compelling, and consistent customer experience across all channels
- Optimize existing investments in people, as well as technology
- Help your bank transform from delivering transactions to delivering personalized financial advice
- Deliver services in a secure environment that establishes and maintains customer trust

## Cisco Omnichannel Banking

Cisco Omnichannel Banking solutions establish a flexible foundation for delivering a seamless experience that empowers your customers to engage with you when, where, and how they choose. The architecture is based on technology that is proven across mission-critical banking operations around the world. Cisco Omnichannel Banking includes solutions based on Cisco's market-leading Unified Communications and Enterprise Networking portfolios. These include Cisco Remote Expert for Retail Banking, Cisco Connected Mobile Experience, and associated partner ecosystem offerings such as digital signage, click to chat, and business process redesign.

As an architecture specifically supporting Omnichannel interaction between retail and business customers and your bank. Cisco support for Omnichannel Banking provides:

- **A rich collaboration environment** that simplifies the customer experience with personalized interactions, as consumers transition between physical and virtual channels
- **Scalability** to support thousands of users engaging through web, mobile, branch, VTM, and self-service kiosk channels, communicating and collaborating with experts across multiple banking disciplines
- **Security** that allows you to build and retain the trust of your customers, as they conduct business with your bank, and that supports regulatory requirements including the Payment Card Industry Data Security Standard

- **Deliver** new, personalized experiences for customers when they visit the branch, enabling you to personally greet customers in the branch, to manage queues, to offer guests secure WiFi connectivity, and to gather data and apply analytics to better understand customer behavior
- **Reuse** that allows you to extend the value of your investments in collaboration and processing technologies, while providing a common platform that supports a consistent experience, as your customers move among channels
- **Flexibility** that allows you to expand capabilities through partner ecosystem solutions and integrate with your banking applications environment, such as customer relationship management (CRM) systems, mobile-banking applications, and line-of-business applications

**Figure 1.** Omnichannel Interaction Helps Optimize Revenue Capture



© 2015 Cisco and/or its affiliates. All rights reserved. Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)

## Business Benefits

Cisco support for Omnichannel Banking helps your institution expand customer interactions to multiple channels to enjoy a variety of business benefits, including:

- **Faster time to market and revenue:** You can launch and test new initiatives quickly.
- **Superior customer experience:** The quality of the omnichannel experience is supported by proven Cisco collaboration and network products and services.
- **New expansion capabilities:** Establish one channel, then expand to support other customer-interaction channels, including social media, mobile banking, and branches (Figure 1).
- **Improved customer acquisition and retention:** You can provide customers with virtual face-to-face interaction with your product specialists, whenever and wherever your customers reach out
- **Support for internal collaboration:** Apply Cisco Omnichannel Banking capabilities to support internal groups to improve productivity and cross-discipline collaboration.

## Cisco Services

Cisco Services for Omnichannel Banking help accelerate customer engagement and retention initiatives within your bank. Using proven Cisco best practices and expertise, these services support the entire business lifecycle, from business strategy and analysis through plan, build, and manage phases. These services support the fast delivery of a proven, highly effective omnichannel capabilities that can greatly enhance how your customers, support personnel, and experts interact.

## The Cisco Advantage

Cisco is a global leader in delivering solutions to the financial services industry. We deliver the technologies banks need to increase revenues, improve operational efficiency, and mitigate risk. As an innovator and leader in the convergence of data, voice, and video, Cisco has the proven expertise needed to deliver the high-quality solutions retail banks demand for their customer sales and service channels.

## To Learn More

For more information about successful real-world implementations and best practices, visit www.cisco.com/go/retailbanking.

> "Our customers are telling us that they want choice. They now expect to be able to start, execute, and complete a transaction in any channel."
>
> —**Mark Culleton**, Head of Channel Adoption
> Allied Irish Bank

© 2015 Cisco and/or its affiliates. All rights reserved. Cisco and the Cisco logo are trademarks or registered trademarks of Cisco and/or its affiliates in the U.S. and other countries. To view a list of Cisco trademarks, go to this URL: www.cisco.com/go/trademarks. Third-party trademarks mentioned are the property of their respective owners. The use of the word partner does not imply a partnership relationship between Cisco and any other company. (1110R)     C45-730168-03   04/15