# Exhibit 3

Transcription of Collaboration-enabled mobile banking

Today's consumers expect convenient access on digital channels to more of the products and services their financial institutions offer. With Cisco collaboration institutions can deliver a tailored experience directly into their digital channels. Take Julia for example. She found the perfect spot to build her vacation home. She just needs to get the property deed notarized. But visiting her bank branch will be a challenge. Thankfully, her bank has digitized the process of notarizing documents with help from Cisco. Using the notarize a document feature on her mobile banking app, Julia selects the document she needs notarized and uploads a photo of the deed. The bank's system assigns Julia's request to Michelle, a notary available virtually at Julia's local branch. Michelle's calendar is now visible to Julia. She selects a time for the notary call and invites her friend Steve to be her witness. Cisco WebEx auto-schedules the video notary meeting, invites all the participants and creates a collaboration space. WebEx also helps the bank keep the process on track. Michelle reaches out via the collaboration space which appears as a familiar chat message inside Julia's mobile banking app. Michelle, however, is working inside of the WebEx teams app she uses every day at work. When the meeting time arrives, Julia simply clicks join now and the WebEx functionality embedded inside the app connects her to the video notary meeting. Michelle and Steve join the video call. Michelle shares the deed document which Julia signs electronically with Steve as witness all recorded by WebEx for compliance. Michelle prints the document and completes the process with a notary seal. Julia is now the happy owner of the property of her dreams. Her bank really came through for her and she is already thinking about what they can do next for her.