# Exhibit A

# '508 Patent

# Related Products

- The following chart is based on "Cisco's Digital Banking Solutions" that can be found on Cisco's website:

- Cisco.com / solutions / Industries / Financial-Services.



**https://www.cisco.com/c/en/us/solutions/industries/financial-services.html** 3

# US 8,862,508 : Claim 1

| 1. A method for **constructing a unified electronic banking environment**, said method comprising the steps of: | For example, Cisco's Digital Banking platform offers a **unified electronic Banking Environment.** <br><br> A **unified banking environment (Digital Banking)** allows **different touch points** or **"Endpoints"** , such as: "**mobile banking and online banking**", **to access the same banking information** with a **single log-in menu as well as a single menu for navigation from all their digital banking touch points**, such as: **Cell phones, PC's, ATM's etc**. etc. |



**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-architectures**

# US 8,862,508 : Claim 1

providing at least one **common multi-channel server coupled to more than one e-banking touch points** and also coupled to at least one computer system configured with at least one control console, said more than one e-banking touch points and said at least one computer system being provided in locations remote from the other,

For example, Cisco's Digital Banking platform communicatively couple's **digital devices** and **financial institutions** with their (**multi-channel server.**)

Multi-channel banking allows Financial Institutions to "**leverage multiple channels** that allows brands to interact with their customers **across multiple touchpoints**"
https://www.marketingevolution.com/marketing-essentials/what-is-multi-channel-marketing

https://www.shopify.com/ca/enterprise/omni-channel-vs-multi-channel#:~:text=What%20is%20the%20difference%20between,and%20revolves%20around%20your%20product.

**Cisco's Digital Banking Environment** has a **Multi-channel server** to interact with **multiple touchpoints such a ATM, Mobile, PC, Kiosk** for a given customer.



Figure 1. Omnichannel Interaction Helps Optimize Revenue Capture

# US 8,862,508 : Claim 1

providing at least one common multi-channel server coupled to more than one e-banking touch points **and also coupled to at least one computer system configured with at least one control console,** said more than one e-banking touch points and said at least one computer system being provided in locations remote from the other,

For example, Cisco's Digital Banking platform communicatively couple's digital apps and financial institutions with their multi-channel server **using a computer configured with at least one control console**

Financial institutions **have at least one computer system configured with at least one control console**.

Cisco's Hybrid workforce **enables Financial institutions employees to connect securely to corporate and cloud resources and to collaborate with colleagues and customers from the office, home, or remote work locations in a sustainable manner.**



**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce**

# US 8,862,508 : Claim 1

providing at least one common multi-channel server coupled to more than one e-banking touch points and also coupled to at least one computer system configured with at least one control console, **said more than one e-banking touch points and said at least one computer system being provided in locations remote from the other,**

For example, Cisco's Digital Banking platform enables the customers **digital banking devices (Mobile, PC, ATM etc.) to be in locations remote from the Financial institutions computer system**.

Customers can access their banking **at home, from a cell phone, or from an ATM** and the customer **does not have to be in the same location as the Financial institutions computer system.**

## Hybrid workforce

| Overview | Business overview | Technical overview | Partnerships overview |



Enable financial services employees to connect securely to corporate and cloud resources and to collaborate with colleagues and customers from the office, home, or remote work locations in a sustainable manner.

Case studies

Americas
Premier America Credit Union

Asia

**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce**

9

# US 8,862,508 : Claim 1

further wherein said **more than one plurality of e-banking touch points are comprised of at least two different types of e-banking touch point devices, each of which comprise one or more of an automatic teller/transaction machine (ATM), a self service coin counter (SSCC), a kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions** through said multi-channel server;

For example, Cisco's Digital Banking platform communicatively couple's **digital banking devices** and **financial institutions** with Cisco's **multi-channel sever.**

**Cisco communicates with a customer's plurality of e-banking touchpoints, such as a Mobile phone, PC, ATM, or Kiosk, through Cisco's multi-channel server.**



**Figure 1.** Omnichannel Interaction Helps Optimize Revenue Capture

# US 8,862,508 : Claim 1

| | |
|---|---|
| **receiving an** actionable input **from at least one e-banking touch point**; | For example, Cisco's Digital Banking platform enables **Cisco's Customer to log into their account with a Mobile device or PC, click on the auto loan, check a balance, or can sort through banking entries (which are all actionable inputs).** |



**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

11

# US 8,862,508 : Claim 1

retrieving previously stored data associated with said actionable input, wherein said previously stored data is accessible to any one of said e-banking touch points,

For example, Cisco's Digital Banking platform enables **Cisco's customers to log into their account from their mobile device or PC** and **retrieve account information stored in Cisco's data base, such as account balances or can view auto loan advertisements that were sent to them.**





**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

12

# US 8,862,508 : Claim 1

and said previously stored data comprises data from one or more financial institutions and one or more user-defined preferences;

For example, **Cisco's customers can log into their account from their mobile device or PC  and can retrieve account information stored in Cisco's data base.   The Information is comprised of previously stored data from the customers Financial institution, such as account balances or auto loan advertisements, as well as user defined preferences such as the customers picture and or name that is displayed when the customers account is accessed from the mobile device or PC.**



https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

13

# US 8,862,508 : Claim 1

delivering said retrieved data to said at least one e-banking touch point transmitting said actionable input;

For example, **Cisco delivers the retrieved data (such as account balances or information about an auto loan offer, and or the customers name and or picture) to the customers Mobile device or PC, that transmitted the actionable input.**



**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**



14

# US 8,862,508 : Claim 1

storing transactional usage data associated with said at least one e-banking touch point transmitting said actionable input, wherein said stored transactional usage data is accessible by any one of said more than one e-banking touch points and said at least one computer system;

For example, Cisco's customers can log into their account from their mobile device or PC **and retrieve account information stored in Cisco's data base. The account information is sent to the customers mobile device or PC. This account information is also accessible on the Cisco's employees' computer system.**



https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html



https://www.cisco.com/c/dam/en_us/solutions/industries/docs/finance/omnichannel-banking-achitecture.pdf

# US 8,862,508 : Claim 1

monitoring via said server an active session in real-time for selection of targeted marketing content correlated to said user-defined preferences;

For example, Cisco **monitors customer activity in real time using Cookies** and promotes products specific to each customer.  For example, the customer may now have  an auto loan offer that is displayed along with their banking information

We may use your Personal Information for the purposes of operating and helping to ensure the security of our business, delivering, improving, and customizing our websites and Solutions, sending notices, marketing and other communications, and for other legitimate purposes permitted by applicable law.

Analyzing, personalizing, improving accuracy, and enhancing user experience, communications, and interactions;
Sending communications to you, including for marketing or customer satisfaction purposes, either directly from Cisco or from our partners;

We may share your Personal Information with third parties for the purposes of operating our business, delivering, analyzing, improving, securing, and customizing our websites and Solutions, sending marketing and other communications related to our business,

Use of cookies and similar technologies
Like many websites and web-based Solutions, Cisco uses automatic data collection tools, such as cookies, embedded web links, and web beacons. These tools collect certain standard information that your browser sends to us (such as Internet Protocol (IP) address, MAC address, clickstream behavior, and telemetry).

These tools help make your visit to our website and Solutions easier, more efficient, and personalized. We also use the information to improve our website and Solutions and provide greater service and value, to better understand your potential interest in our Solutions, and to provide you with more relevant ads and other content.

We partner with third parties to display advertising on our website and to manage our advertising on other sites. Our third-party partners may use cookies or similar technologies to provide you with advertising based on your browsing activities and interests. You may opt out of this advertising; however, generic, non-personalized ads will continue to be displayed.
**https://www.cisco.com/c/en/us/about/legal/privacy-full.html**

16

# US 8,862,508 : Claim 1

monitoring via said server an active session in real-time for selection of targeted marketing content correlated to said user-defined preferences;

For example, Cisco monitors customer activity in real time **and promotes products specific to each customer.  For example, the customer now has an auto loan offer that is displayed along with their banking information**



# US 8,862,508 : Claim 1

subsequent to said monitoring, selecting in real-time said targeted marketing content correlated to said user-defined preferences; and

For example, Cisco monitors customers in real-time either by using Cookies or by monitoring social data. **Virtual profiles are built for each individual** and **are used to transmit marketing data, advertisements or offers to these individuals** that meet certain criteria or have Engagement Scores which portray a readiness to buy.

At Cisco, social data is the foundation upon which we derive our social intelligence. Social Scoring is a method by which we capture and process our customer and partners' social interactions to build "virtual profiles" for each individual. Essentially, we aim to obtain a 360° view of each customer so that we can improve our marketing efforts.

There are many different types of scores, including topic interest scores (TIS), which reveal how interested contacts are in a certain topic area, and engagement scores (ES), which portray readiness to buy. Based on these scores, we're able to better our chances of identifying potential leads and target customers with specific content that they're more likely to respond to. For instance, we might assume that a customer with a high ES and high TIS for Collaboration has a high propensity to buy Collaboration-related products; thus, we're more inclined to have a Contact Center sales rep actively reach out to this individual.

**Behavioral Targeting Using Persona Scores**

Another example is social persona scores. Based on Forrester's Social Technographics Ladder, these scores take into consideration people's activities on our Cisco.com properties such as Cisco Blogs and Communities. We are able to classify B2B tech buyers into overlapping levels of social participation depending on how they behave online. For instance, a contact who reads blog posts without logging in is placed in the socially passive "Spectator" group. Another individual who is more engaged and writes blog posts is placed in the "Creator" group.

**https://blogs.cisco.com/socialmedia/how-to-improve-your-targeted-marketing-efforts-using-social-insights**

# US 8,862,508 : Claim 1

transmitting in real-time said targeted marketing content during said active session to at least one of said e-banking touch points for acceptance, rejection, or no response by a user, wherein said response by said user is used during said active session to determine whether transmission of additional information related to said marketing content occurs during said active session.

For example, Cisco promotes advertisements or offers**, to customers when they log in to their bank accounts using a digital banking device.   When the customer logs in to their account**, **they can see an auto loan promotion for 2.9%. This advertisement was sent to the customer from a targeted marketing campaign** developed from the use of Cookies (in real time) or Social data, obtained about the customer when they were online.   **The customer can choose to accept the offer by clicking on the "Learn More" button, reject or provide no response to the advertisement. Additional information will be transmitted if the customer clicks on "Learn More".**





# US 8,862,508 : Claim 2

2. The method of claim 1, wherein said stored transactional usage data is stored in association with a customer profile.

For example, Cisco customers have a profile stored in the data base with their name and or picture.





https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

# US 8,862,508 : Claim 3

3. The method of claim 1, wherein said user-defined preferences comprise one or more of a customer name, a language to be used in connection with one or more of said touch points, an account for conducting transactions, and a monetary amount to be the subject of select transactions.

For example, Cisco user-defined preferences comprise one or more of a customer name



https://www.cisco.com/c/dam/en_us/solutions/industries/docs/finance/retail-banking.pdf

# US 8,862,508 : Claim 5

| 5. The method of claim 1, wherein said method permits distribution of one or more of advertisements, messages, offers and promotions. | For example, Cisco permits distribution of one or more of advertisements, messages, offers and promotions. |
| --- | --- |





https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

# US 8,862,508 : Claim 7

| 7. A method for **constructing a unified electronic banking environment**, said method comprising the steps of: | For example, Cisco's Digital Banking platform offers a **unified electronic Banking  Environment.**<br><br>A **unified banking environment (Digital Banking)** allows **different touch points** or **"Endpoints"** , such as: "**mobile banking and online banking**", **to access the same banking information** with a **single log-in menu as well as a single menu for navigation from all their digital banking touch points**, such as: **Cell phones, PC's, ATM's etc**. etc. |



**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-architectures**

6

# US 8,862,508 : Claim 7

providing a **common multi-channel server coupled to one more e-banking touch points** and also coupled to one or more computer systems,

For example, Cisco's Digital Banking platform communicatively couple's **digital devices** and **financial institutions** with their (**multi-channel server.**)

Multi-channel banking allows Financial Institutions to "**leverage multiple channels** that allows brands to interact with their customers **across multiple touchpoints**"

https://www.marketingevolution.com/marketing-essentials/what-is-multi-channel-marketing

https://www.shopify.com/ca/enterprise/omni-channel-vs-multi-channel#:~:text=What%20is%20the%20difference%20between,and%20revolves%20around%20your%20product.

**Cisco's Digital Banking Environment** has a **Multi-channel server** to interact with **multiple touchpoints such a ATM, Mobile, PC, Kiosk** for a given customer.



**Figure 1.** Omnichannel Interaction Helps Optimize Revenue Capture

# US 8,862,508 : Claim 7

wherein each computer system is associated with a financial institution, said e-banking touch points being provided in locations remote from the other, and each of which comprise one or more of an automatic teller/transaction machine (ATM), a self-service coin counter (SSCC), a kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions through said multi-channel server;

For example, Cisco's Digital Banking platform enables the customers **digital banking devices (Mobile, PC, ATM etc.) to be in locations remote from the Financial institutions computer system**.

Customers can access their banking **at home, from a cell phone, or from an ATM** and the customer **does not have to be in the same location** as the Financial institutions computer system.



Hybrid workforce

| Overview | Business overview | Technical overview | Partnerships overview |

Enable financial services employees to connect securely to corporate and cloud resources and to collaborate with colleagues and customers from the office, home, or remote work locations in a sustainable manner.

Case studies

Americas
Premier America Credit Union

Asia

**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce**

# US 8,862,508 : Claim 7

further wherein said **more than one plurality of e-banking touch points are comprised of at least two different types of e-banking touch point devices, each of which comprise one or more of an automatic teller/transaction machine (ATM), a self service coin counter (SSCC), a kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions** through said **multi-channel server;**

For example, Cisco's Digital Banking platform communicatively couple's **digital banking devices** and **financial institutions** with Cisco's **multi-channel sever.**

**Cisco communicates with a customer's plurality of e-banking touchpoints, such as a Mobile phone, PC, ATM, or Kiosk, through Cisco's multi-channel server.**

**Figure 1.** Omnichannel Interaction Helps Optimize Revenue Capture

# US 8,862,508 : Claim 7

**receiving an** actionable input **from at least one e-banking touch point**;

For example, Cisco's Digital Banking platform enables **Cisco's Customer to log into their account with a Mobile device or PC, click on the auto loan, check a balance, or can sort through banking entries (which are all actionable inputs).**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)



**https://www.cisco.com/c/en/us/solutions/ind ustries/financial-services/retail-banking.html**

10

# US 8,862,508 : Claim 7

retrieving previously stored data associated with said actionable input, wherein said previously stored data is accessible to any one of said e-banking touch points,

For example, Cisco's Digital Banking platform enables **Cisco's customers to log into their account from their mobile device or PC** and **retrieve account information stored in Cisco's data base, such as account balances or can view auto loan advertisements that were sent to them.**





**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

# US 8,862,508 : Claim 7

and said previously stored data comprises data from one or more financial institutions and one or more user-defined preferences;

For example, **Cisco's customers can log into their account from their mobile device or PC  and can retrieve account information stored in Cisco's data base.   The Information is comprised of previously stored data from the customers Financial institution, such as account balances or auto loan advertisements, as well as user defined preferences such as the customers picture and or name that is displayed when the customers account is accessed from the mobile device or PC.**



Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

12

# US 8,862,508 : Claim 7

delivering said retrieved data to said at least one e-banking touch point transmitting said actionable input;

For example, **Cisco delivers the retrieved data (such as account balances or information about an auto loan offer, and or the customers name and or picture) to the customers Mobile device or PC, that transmitted the actionable input.**





**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

13

# US 8,862,508 : Claim 7

storing transactional usage data associated with said at least one e-banking touch point transmitting said actionable input, wherein said stored transactional usage data is accessible by any one of said e-banking touch points and said one or more computer systems;

For example, Cisco's customers can log into their account from their mobile device or PC **and retrieve account information stored in Cisco's data base. The account information is sent to the customers mobile device or PC. This account information is also accessible on the Cisco's employees' computer system.**



**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)



**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce**

14

# US 8,862,508 : Claim 7

monitoring via said server an active session in real-time for selection of targeted marketing content correlated to said user-defined preferences;

For example, Cisco **monitors customer activity in real time using Cookies** **and promotes products specific to each customer.  For example, the customer may now have  an auto loan offer that is displayed along with their banking information**

We may use your Personal Information for the purposes of operating and helping to ensure the security of our business, delivering, improving, and customizing our websites and Solutions, sending notices, marketing and other communications, and for other legitimate purposes permitted by applicable law.

Analyzing, personalizing, improving accuracy, and enhancing user experience, communications, and interactions;
Sending communications to you, including for marketing or customer satisfaction purposes, either directly from Cisco or from our partners;

We may share your Personal Information with third parties for the purposes of operating our business, delivering, analyzing, improving, securing, and customizing our websites and Solutions, sending marketing and other communications related to our business,

Use of cookies and similar technologies
Like many websites and web-based Solutions, Cisco uses automatic data collection tools, such as cookies, embedded web links, and web beacons. These tools collect certain standard information that your browser sends to us (such as Internet Protocol (IP) address, MAC address, clickstream behavior, and telemetry).

These tools help make your visit to our website and Solutions easier, more efficient, and personalized. We also use the information to improve our website and Solutions and provide greater service and value, to better understand your potential interest in our Solutions, and to provide you with more relevant ads and other content.

We partner with third parties to display advertising on our website and to manage our advertising on other sites. Our third-party partners may use cookies or similar technologies to provide you with advertising based on your browsing activities and interests. You may opt out of this advertising; however, generic, non-personalized ads will continue to be displayed.
**https://www.cisco.com/c/en/us/about/legal/privacy-full.html**

15

# US 8,862,508 : Claim 7

monitoring via said server an active session in real-time for selection of targeted marketing content correlated to said user-defined preferences;

For example, Cisco monitors customer activity in real time **and promotes products specific to each customer.  For example, the customer now has an auto loan offer that is displayed along with their banking information**



Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

# US 8,862,508 : Claim 7

subsequent to said monitoring, selecting in real-time said targeted marketing content correlated to said user-defined preferences; and

For example, Cisco monitors customers in real-time either by using Cookies or by monitoring social data. **Virtual profiles are built for each individual** and **are used to transmit marketing data, advertisements or offers to these individuals that meet certain criteria or have Engagement Scores which portray a readiness to buy.**

At Cisco, social data is the foundation upon which we derive our social intelligence. Social Scoring is a method by which we capture and process our customer and partners' social interactions to build "virtual profiles" for each individual. Essentially, we aim to obtain a 360° view of each customer so that we can improve our marketing efforts.

There are many different types of scores, including topic interest scores (TIS), which reveal how interested contacts are in a certain topic area, and engagement scores (ES), which portray readiness to buy. Based on these scores, we're able to better our chances of identifying potential leads and target customers with specific content that they're more likely to respond to. For instance, we might assume that a customer with a high ES and high TIS for Collaboration has a high propensity to buy Collaboration-related products; thus, we're more inclined to have a Contact Center sales rep actively reach out to this individual.

**Behavioral Targeting Using Persona Scores**

Another example is social persona scores. Based on Forrester's Social Technographics Ladder, these scores take into consideration people's activities on our Cisco.com properties such as Cisco Blogs and Communities. We are able to classify B2B tech buyers into overlapping levels of social participation depending on how they behave online. For instance, a contact who reads blog posts without logging in is placed in the socially passive "Spectator" group. Another individual who is more engaged and writes blog posts is placed in the "Creator" group.

**https://blogs.cisco.com/socialmedia/how-to-improve-your-targeted-marketing-efforts-using-social-insights**

# US 8,862,508 : Claim 7

transmitting in real-time said targeted marketing content during said active session to at least one of said e-banking touch points for acceptance, rejection, or no response by a user, wherein said response by said user is used during said active session to determine whether transmission of additional information related to said marketing content occurs during said active session.

For example, Cisco promotes advertisements or offers**, to customers when they log in to their bank accounts using a digital banking device.   When the customer logs in to their account**, **they can see an auto loan promotion for 2.9%. This advertisement was sent to the customer from a targeted marketing campaign** developed from the use of Cookies (in real time) or Social data, obtained about the customer when they were online.   **The customer can choose to accept the offer by clicking on the "Learn More" button, reject or provide no response to the advertisement. Additional information will be transmitted if the customer clicks on "Learn More".**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)





# US 8,862,508 : Claim 8

8. The method of claim 7, wherein said stored transactional usage data is stored in association with a customer profile.

For example, Cisco customers have a profile stored in the data base with their name and or picture.





https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

19

# US 8,862,508 : Claim 13

| 13. A **unified electronic banking system,** said system comprising: | For example, Cisco's Digital Banking platform offers a **unified electronic Banking  Environment.** |
| --- | --- |
| | A **unified banking environment (Digital Banking)** allows **different touch points** or **"Endpoints"** , such as: "**mobile banking and online banking**", **to access the same banking information** with a **single log-in menu as well as a single menu for navigation from all their digital banking touch points**, such as: **Cell phones, PC's, ATM's etc**. etc. |



**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-architectures**

20

# US 8,862,508 : Claim 13

**a common multi-channel server, wherein said multi-channel server is communicatively coupled to one or more independent computer systems;**

For example, Cisco's Digital Banking platform communicatively couple's **digital devices** and **financial institutions** with their (**multi-channel server.**)

Multi-channel banking allows Financial Institutions to "**leverage multiple channels** that allows brands to interact with their customers **across multiple touchpoints**"

https://www.marketingevolution.com/marketing-essentials/what-is-multi-channel-marketing

https://www.shopify.com/ca/enterprise/omni-channel-vs-multi-channel#:~:text=What%20is%20the%20difference%20between,and%20revolves%20around%20your%20product.

**Cisco's Digital Banking Environment** has a **Multi-channel server** to interact with **multiple touchpoints such a ATM, Mobile, PC, Kiosk** for a given customer.



Figure 1. Omnichannel Interaction Helps Optimize Revenue Capture

# US 8,862,508 : Claim 13

**wherein each of one or more independent computer systems is associated with an independent financial institution**, **and each of said computer systems is communicatively coupled** to said multi-channel server; one or more e-banking touch points, each of which comprise one or more of an automatic teller/transaction machine (ATM), a self-service coin counter (SSCC), a kiosk, a digital signage display, an online accessible banking website, a personal digital assistant (PDA), a personal computer (PC), a laptop, a wireless device, or a combination of two or more thereof, wherein one or more of said e-banking touch points are communicatively coupled to said multi-channel server, and wherein at least one of said e-banking touch points is in communication with one or more financial institutions through said multi-channel server; and

For example, Cisco's Digital Banking platform enables the customers **digital banking devices (Mobile, PC, ATM etc.) to be in locations remote from the Financial institutions computer system**.

Customers can access their banking **at home, from a cell phone, or from an ATM** and the customer **does not have to be in the same location** as the Financial institutions computer system.



## Hybrid workforce

| Overview | Business overview | Technical overview | Partnerships overview |

Enable financial services employees to connect securely to corporate and cloud resources and to collaborate with colleagues and customers from the office, home, or remote work locations in a sustainable manner.

### Case studies

Americas

Premier America Credit Union

Asia

**https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce**

22

# US 8,862,508 : Claim 13

a data storage device, wherein transactional usage data associated with a transaction initiated by a user through one of said e-banking touch points is stored in said data storage device and accessed by one or more of said other e-banking touch points;

For example, Cisco's Digital Banking platform enables **Cisco's customers to log into their account from their mobile device or PC  and retrieve account information stored in Cisco's data base,** **such as account balances or can view auto loan advertisements that were sent to them.**





**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

23

# US 8,862,508 : Claim 13

and said previously stored data comprises data from one or more financial institutions and one or more user-defined preferences;

For example, **Cisco's customers can log into their account from their mobile device or PC  and can retrieve account information stored in Cisco's data base.   The Information is comprised of previously stored data from the customers Financial institution, such as account balances or auto loan advertisements, as well as user defined preferences such as the customers picture and or name that is displayed when the customers account is accessed from the mobile device or PC.**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)



https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

24

# US 8,862,508 : Claim 13

a data storage device, wherein transactional usage data associated with a transaction initiated by a user through one of said e-banking touch points is stored in said data storage device and accessed by one or more of said other e-banking touch points;

For example, Cisco's customers can log into their account from their mobile device or PC **and retrieve account information stored in Cisco's data base. The account information is sent to the customers mobile device or PC. This account information is also accessible on the Cisco's employees' computer system.**



https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)



https://www.cisco.com/c/m/en_us/solutions/industries/portfolio-explorer/portfolio-explorer-for-financial-services.html?s=explore-the-use-cases&u=hybrid-workforce

# US 8,862,508 : Claim 13

wherein said active session is monitored via said server in real-time for selection of targeted marketing content correlated to said user-defined preferences, said targeted marketing content correlated to said user-defined preferences is selected subsequent to said monitoring and

For example, Cisco monitors customer activity in real time **and promotes products specific to each customer.  For example, the customer now has an auto loan offer that is displayed along with their banking information**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

# US 8,862,508 : Claim 13

subsequent to said monitoring, selecting in real-time said targeted marketing content correlated to said user-defined preferences; and

For example, Cisco monitors customers in real-time either by using Cookies or by monitoring social data.  **Virtual profiles are built for each individual** and **are used to transmit marketing data, advertisements or offers to these individuals that meet certain criteria or have Engagement Scores which  portray a readiness to buy.**

At Cisco, social data is the foundation upon which we derive our social intelligence. Social Scoring is a method by which we capture and process our customer and partners' social interactions to build "virtual profiles" for each individual. Essentially, we aim to obtain a 360° view of each customer so that we can improve our marketing efforts.

There are many different types of scores, including topic interest scores (TIS), which reveal how interested contacts are in a certain topic area, and engagement scores (ES), which portray readiness to buy. Based on these scores, we're able to better our chances of identifying potential leads and target customers with specific content that they're more likely to respond to. For instance, we might assume that a customer with a high ES and high TIS for Collaboration has a high propensity to buy Collaboration-related products; thus, we're more inclined to have a Contact Center sales rep actively reach out to this individual.

**Behavioral Targeting Using Persona Scores**

Another example is social persona scores. Based on Forrester's Social Technographics Ladder, these scores take into consideration people's activities on our Cisco.com properties such as Cisco Blogs and Communities. We are able to classify B2B tech buyers into overlapping levels of social participation depending on how they behave online. For instance, a contact who reads blog posts without logging in is placed in the socially passive "Spectator" group. Another individual who is more engaged and writes blog posts is placed in the "Creator" group.

**https://blogs.cisco.com/socialmedia/how-to-improve-your-targeted-marketing-efforts-using-social-insights**

# US 8,862,508 : Claim 13

transmitted in real-time to at least one of said e-banking touch points for acceptance, rejection, or no response by a user, and wherein said response by said user is used during said active session to determine whether transmission of additional information related to said marketing content occurs during said active session.

For example, Cisco promotes advertisements or offers**, to customers when they log in to their bank accounts using a digital banking device.   When the customer logs in to their account**, **they can see an auto loan promotion for 2.9%. This advertisement was sent to the customer from a targeted marketing campaign** developed from the use of Cookies (in real time) or Social data, obtained about the customer when they were online.    **The customer can choose to accept the offer by clicking on the "Learn More" button, reject or provide no response to the advertisement. Additional information will be transmitted if the customer clicks on "Learn More".**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)





# US 8,862,508 : Claim 14

14. The system of claim 13, wherein said stored transactional usage data is stored in association with a customer profile.

For example, CISCO customers have a profile stored in the data base.





**https://www.cisco.com/c/en/us/solutions/industries/financial-services/retail-banking.html**

Collaboration-enabled mobile banking
•Watch video (0:50 of 2:39)

# US 8,862,508 : Claim 17

17. The system of claim 13, wherein said system provides said one or more financial institutions with a common point of control of functionality provided by said system.

For example, CISCO  system provides said one or more financial institutions with a common point of control of functionality provided by said system



**Figure 1.** Omnichannel Interaction Helps Optimize Revenue Capture

https://www.cisco.com/c/dam/en_us/solutions/industries/docs/finance/omnichannel-banking-achitecture.pdf

30