**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| MCOM IP, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:22-cv-00261-ADA |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

**PUBLIC EXHIBITS TO THE SEALED DECLARATION OF
KRISHNAN PADMANABHAN IN SUPPORT OF CISCO SYSTEMS,
INC.'S MOTION FOR RECOVERY OF
ATTORNEYS' FEES AND FOR SANCTIONS**