# EXHIBIT Q

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **LS CLOUD STORAGE TECHNOLOGIES, LLC,**      **Plaintiff,** <br><br> **v.** <br><br> **CISCO SYSTEMS, INC.,**      **Defendant** | **Civil Action No. 6:22-cv-00845-ADA** |

## AGREED STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, LS Cloud Storage Technologies, LLC, ("LS Cloud") hereby stipulates and agrees subject to and upon the Court's approval that all of LS Cloud's claims in this action against Cisco Systems, Inc. ("Cisco") shall be dismissed with prejudice. Cisco hereby stipulates and agrees subject to and upon the Court's approval that all of Cisco's claims in this action against LS Cloud shall be also be dismissed with prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 3, 2023

Respectfully submitted,

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for LS Cloud Storage Technologies, LLC***

1

&

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY  10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Barry K. Shelton
State Bar No. 24055029
bshelton@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

***ATTORNEYS FOR CISCO SYSTEMS, INC.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that October 3, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

<u>*/s/ William P. Ramey, III*</u>
William P. Ramey, III