# EXHIBIT R

| | |
|---|---|
| **From:** | William Ramey |
| **To:** | Shelton, Barry K.; Wesley Bias; Enzminger, David; Padmanabhan, Krishnan |
| **Cc:** | Jeff Kubiak; LitigationParalegals |
| **Subject:** | RE: LS Cloud v. Cisco |
| **Date:** | Friday, September 22, 2023 2:57:11 PM |
| **Attachments:** | image002.png |



Hi KP and Barry,

LS Cloud would like to resolve the dispute over the '092 patent. LS Cloud will agree to dismiss its lawsuit with prejudice if Cisco drops the IPR and each party bears its own costs.

Please let me know if you have time to discuss?

Thanks,

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800

Houston, Texas 77006

(713) 426-3923

(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

**From:** Shelton, Barry K. <BShelton@winston.com>
**Sent:** Friday, June 24, 2022 2:37 PM
**To:** William Ramey <wramey@rameyfirm.com>; Wesley Bias <wbias@rameyfirm.com>; Enzminger, David <DEnzminger@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Bill,

I don't understand why LS Cloud refuses to meet and confer by telephone or video conference and I don't appreciate the *ad hominem* attacks. As a courtesy, I've attached the Court's standing order regarding notice of readiness for patent cases. As you should know, the Court expects compliance

with its standing orders and that all counsel conduct themselves with professionalism and respect for the tribunal and other counsel.

The meet and confer will take but a few minutes. When are you available?

Regards,

Barry

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Friday, June 24, 2022 2:22 PM
**To:** Shelton, Barry K. <BShelton@winston.com>; Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Barry,

You bed-side manner has not changed.

We are conferring by this e-mail, what more do you want?

Bill

---

**From:** Shelton, Barry K. <BShelton@winston.com>
**Sent:** Friday, June 24, 2022 2:20 PM
**To:** William Ramey <wramey@rameyfirm.com>; Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Bill,

Attached is Cisco's redline of the CRSR. LS Cloud may not file it on behalf of Cisco without meeting and conferring first as the standing order requires.

Regards,

Barry

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, June 23, 2022 9:38 PM
**To:** Shelton, Barry K. <BShelton@winston.com>; Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>

**Subject:** Re: LS Cloud v. Cisco

You are completely obnoxious.

William P. Ramey, III
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** Shelton, Barry K. <BShelton@winston.com>
**Sent:** Thursday, June 23, 2022 8:24:24 PM
**To:** William Ramey <wramey@rameyfirm.com>; Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com <denzminger@winstono.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Bill,

I am going to ignore your comment, because it is wholly inappropriate.

Let us know when your team is available to meet and confer.

Thanks,

Barry

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, June 23, 2022 8:05 PM
**To:** Shelton, Barry K. <BShelton@winston.com>; Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** Re: LS Cloud v. Cisco

What?  Is there a reason you have an attitude?

William P. Ramey, III
Ramey LLP

5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 689-9175 (fax)
wramey@rameyfirm.com
www.rameyfirm.com

This email contains privileged and confidential information. If you are not the intended recipient please delete and notify the sender.

**From:** Shelton, Barry K. <BShelton@winston.com>
**Sent:** Thursday, June 23, 2022 7:39:03 PM
**To:** Wesley Bias <wbias@rameyfirm.com>; denzminger@winstono.com <denzminger@winstono.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Bill,

At least a telephonic meet and confer is required before the case readiness status report is filed. We also have corrections to the draft CRSR. Is there a reason you did not list the Amazon case as a related case?

Please let me know when your team is available to meet and required.

Regards,

Barry

**From:** Wesley Bias <wbias@rameyfirm.com>
**Sent:** Thursday, June 23, 2022 5:11 PM
**To:** denzminger@winstono.com; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Shelton, Barry K. <BShelton@winston.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: LS Cloud v. Cisco

Dear Counsel:

I wanted to follow up with you as the CRSR is due today.

**From:** Wesley Bias <wbias@rameyfirm.com>
**Sent:** Wednesday, June 22, 2022 5:51 PM
**To:** denzminger@winstono.com; Padmanabhan, Krishnan <kpadmanabhan@winston.com>; Shelton,

Barry K. <bshelton@winston.com>
**Cc:** William Ramey <wramey@rameyfirm.com>; Jeff Kubiak <jkubiak@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** LS Cloud v. Cisco

Dear Counsel:

Attached please find a draft Case Readiness Status Report and proposed Scheduling Order. Please review and/or edit, adding signature block if approved for filing.

Mr. Ramey is conferring by this e-mail.

Please let us know if you have any comments on the CRSR as we intend to file on the due date and we will list that we have not been able to confer if we do not hear back.

*Wesley A. Bias*
**Litigation Paralegal**





5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Phone: 713-426-3923
Direct: 832-369-6809
Fax:    832-900-4941
www.rameyfirm.com
wbias@rameyfirm.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.