# EXHIBIT S



200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

September 25, 2023

**BY EMAIL**

William Ramey, Esq.
Ramey LLP
5020 Montrose Blvd, Suite 800
Houston, Texas 77006
wramey@rameyfirm.com

>  *Re: LS Cloud Storage Technologies, LLC v. Cisco Systems, Inc., C.A. 6:22-cv-00845-ADA   (W.D. Tex.)*

Dear Bill:

Thank you for the e-mail and call this past Friday regarding the above-captioned matter. We understand that LS Cloud Technologies, LLC ("LS Cloud") wishes to dismiss with prejudice U.S. Patent No. 10,154,092 ("the '092 patent"), with both parties to bear their own costs, because an *inter partes* review ("IPR") has been instituted on the '092 patent. LS Cloud's offers is clearly made in bad faith, as LS Cloud did not have a plausible basis to assert the '092 patent against Cisco, and only seeks to save LS Cloud's costs in defense of Cisco's IPR now that it has been instituted.

Cisco intends to maintain the IPR with respect to the '092 patent. And Cisco will seek attorney's fees and costs with respect to the entirety of its defense of the litigation brought by LS Cloud, including both the district court and IPR litigations, pursuant to Rule 285, Section 1927, and any other applicable statute.

Regards,

Krishnan Padmanabhan