# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MCOM IP, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC.**<br><br>　　Defendant. | **Civil Action No. 6:22-cv-00261-ADA** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff mCom IP, LLC and William P. Ramey, III, in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from:

- December 16, 2025, Sealed Order Granting Defendant's Motion For Recovery Of Attorneys' Fees And For Sanctions (Doc. No. 76) granting Defendant Cisco Systems, Inc.'s Motion For Recovery Of Attorneys' Fees And For Sanctions (Docket Nos. 52, 60, 63).

The appropriate fees for this Notice of Appeal are paid currently.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Ramey LLP

　　　　　　　　　　　　　　　　　_/s/William P. Ramey, III_
　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24027643
　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　***Attorneys for mCom IP, LLC and***
　　　　　　　　　　　　　　　　　　***William P. Ramey, III***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 17, 2025, with a copy of the foregoing via email and ECF filing.

>/s/ *William P. Ramey, III*
>William P. Ramey, III